UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.11-14442-CIV-LYNCH

OWEN HARTY,

>    Plaintiff,

v.

PORT ST. LUCIE SUBURBAN, LLC,

>    Defendant.

_____/

FILED by _____ D.C.

**APR - 3 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER OF CLOSEOUT

**THIS CAUSE** having come on to be heard upon the parties'
Stipulation of Dismissal with Prejudice and this Court's entry of
dismissal, it is hereby,

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE**
this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this
_____ day of April, 2012.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc:  Philip Michael Cullen, III, Esq.
     Leonard Rutland, Esq.